No. 93–7361. McNeil et al. v. United States. C. A. 4th Cir. Certiorari denied.

No. 93–7366. Ritchie v. Eberhart, Warden. C. A. 6th Cir. Certiorari denied.

No. 93–7372. Brown v. Florida. Sup. Ct. Fla. Certiorari denied.

No. 93–7374. Ayrs v. Yanik et al. C. A. 9th Cir. Certiorari denied.

No. 93–7375. DeOvalle v. United States. C. A. 7th Cir. Certiorari denied.

No. 93–7377. Yi-Hai Lin v. United States. C. A. 9th Cir. Certiorari denied.

No. 93–7382. Schwarz v. Department of Commerce. C. A. D. C. Cir. Certiorari denied.

No. 93–7383. Velez v. United States. C. A. 5th Cir. Certiorari denied.

No. 93–7384. Scott v. United States. C. A. 10th Cir. Certiorari denied.

No. 93–7387. Padgett v. Illinois. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 93–7388. Mata v. South San Antonio Independent School District et al. C. A. 5th Cir. Certiorari denied.

No. 93–7390. Murphy v. Jones, Warden. C. A. 11th Cir. Certiorari denied.

No. 93–7391. Murray v. Stempson et al. C. A. D. C. Cir. Certiorari denied.

No. 93–7392. Marvin v. Smith et al. C. A. 9th Cir. Certiorari denied.

No. 93–7395. Perroton v. United States. C. A. 9th Cir. Certiorari denied.